# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09-CR-23-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PHILLIP EUGENE HILL. | ) | |
| | ) | |

**THIS MATTER** is before the court pursuant to a motion made the defendant entitled, "Motion to Relieve Counsel" (#264) and a subsequent motions filed by counsel for the defendant entitled "Motion to Withdraw as Counsel and for an Order Appointing New Counsel and for Postponement of Sentencing Hearing" (#265) and "Amended Motion to Withdraw as Counsel and For an Order Appointing New Counsel and For Postponement of Sentencing Hearing" (#267). At the call of these matters on for hearing, the defendant advised the court that he wished to withdraw his motion (#264), and upon inquiry the defendant stated that he was satisfied with the representation of his counsel and he did not wish to present his motion. The court conducted an inquiry with counsel for the defendant who advised that he had filed his motions in an effort to assist the defendant. It appearing to the undersigned that the defendant wishes to withdraw his motion and that this would render the motions of defendant's counsel as moot.

# ORDER

IT IS, THEREFORE, **ORDERED** that the defendant is allowed to **WITHDRAW** his motion (#264) and the motions (#265) & (#267) of defendant's counsel to withdraw are **DENIED** as moot.

Signed: March 24, 2010

Dennis L. Howell
United States Magistrate Judge